1    Dennis L. Kennedy, Nevada Bar No. 1462
      Sarah E. Harmon, Nevada Bar No. 8106
2    BAILEY❖KENNEDY
      8984 Spanish Ridge Avenue
3    Las Vegas, Nevada  89148-1302
      Telephone: (702) 562-8820
4    Facsimile: (702) 562-8821
      dkennedy@baileykennedy.com
5    sharmon@baileykennedy.com

6

7    Richard G. Parker (*Admitted pro hac vice*)
      rparker@omm.com
8    Victor Jih (*Admitted pro hac vice*)
      vjih@omm.com
9    James M. Pearl (*Admitted pro hac vice*)
      jpearl@omm.com
10   Alicia K. Hancock (*Admitted pro hac vice*)
      ahancock@omm.com
11   O'Melveny & Myers LLP
      1999 Avenue of the Stars, 7th Floor
12   Los Angeles, CA  90067
      Tel: (310) 553-6700
13   Fax: (310) 246-6779

14   Attorneys for Defendants TIX CORPORATION and
      TIX4TONIGHT, LLC

15

# UNITED STATES DISTRICT COURT

16

## DISTRICT OF NEVADA

17

18

19   VEGASTIX4LESS, LLC, a Nevada limited     )   Case No.: 2:09-cv-02362-ECR-GWF
      liability company; VEGAS.COM, LLC, a      )
20   Nevada limited liability company              )      **ORDER GRANTING**
                                          )   **JOINT STIPULATION AND ORDER**
21            Plaintiffs,            )   **OF DISMISSAL WITH PREJUDICE**
                                          )
22               vs.                  )
                                          )
23   TIX CORPORATION, a Delaware           )
      corporation, and TIX4TONIGHT, LLC, a      )
24   Nevada limited liability corporation,        )
                                          )
25            Defendants.          )

26

27

28

1    **WHEREAS,** Plaintiffs VegasTix4Less, LLC and Vegas.com, LLC, and Defendants Tix

2    Corporation and Tix4Tonight, LLC have executed a settlement agreement that fully and finally

3    resolves all claims, disputes, and differences in the above-captioned action;

4

5    **IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the parties, by and

6    through their respective counsel of record and subject to the approval of the Court, that pursuant

7    to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed

8    with prejudice.

9

10   Dated: February 24th, 2011

11   _____
     Dennis L. Kennedy, Nevada Bar No. 1462
12   dkennedy@baileykennedy.com
     Sarah E. Harmon, Nevada Bar No. 8106
13   sharmon@baileykennedy.com
     BAILEY KENNEDY
14   8984 Spanish Ridge Avenue
     Las Vegas, Nevada 89148-1302
15   Telephone: (702) 562-8820
     Facsimile: (702) 562-8821
16
     Richard Parker (*admitted pro hac vice*)
17   rparker@omm.com
     Victor Jih (*admitted pro hac vice*)
18   vjih@omm.com
     James M. Pearl (*admitted pro hac vice*)
19   jpearl@omm.com
     O'MELVENY & MYERS LLP
20   1999 Avenue of the Stars, Suite 700
     Telephone:    (310) 553-6700
21   Facsimile:    (310) 246-6779
22   Attorneys for Defendants
     TIX CORPORATION and TIX4TONIGHT, LLC
23

24

25

26

27

28

JOINT STIP. RE: DISMISSAL
2:09-cv-02362-ECR-GWF

Dated: February 24, 2011

#6023 for

Michael J. McCue (Nevada Bar No.6055)
mmccue@LRLAW.com
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8363

Robert Schaffer (pro hac to be submitted)
rschaffer@LRLAW.com
David D. Weinzweig (pro hac to be submitted)
dweinzweig@LRLAW.com
LEWIS AND ROCA LLP
40 North Central Avenue
Phoenix, Arizona 85004
Tel: (602) 262-5311
Fax: (602) 262-5358

Attorneys for Plaintiffs VEGASTIX4LESS, LLC
and VEGAS.COM, LLC

**IT IS SO ORDERED:**

Edward C. Reed.

United States District Judge

DATED: _ March 2, 2011 _

JOINT STIP. RE: DISMISSAL
2:09-cv-02362-ECR-GWF